**2008–0121. State v. Forbes.**
Preble App. No. CA2007–01–001, 2007-Ohio-6412.
O'CONNOR and CUPP, JJ., dissent.

**2008–0122. Farmers State Bank v. Followay.**
Wayne App. No. 07CA0011, 2007-Ohio-6399.

**2008–0124. State v. George.**
Hamilton App. No. C–060293.

**2008–0126. State v. Sommerfield.**
Union App. No. 14–07–09, 2007-Ohio-6427.
PFEIFER, J., dissents.
LUNDBERG STRATTON, J., dissents and would accept the appeal on Proposition of Law No. I.
CUPP, J., not participating.

**2008–0127. State v. Horton.**
Stark App. No. 2007–CA–00085, 2007-Ohio-6469.

**2008–0130. State v. Camp.**
Delaware App. No. 05CAA12086, 2007-Ohio-6513.

**2008–0132. State v. Hubbard.**
Hamilton App. No. C–060980.

**2008–0133. State v. Bradley.**
Champaign App. No. 06CA31, 2008-Ohio-720 and 2007-Ohio-6583.
MOYER, C.J., dissents and would accept the appeal on Proposition of Law No. II.

**2008–0137. In re Trust of Washington.**
Butler App. No. CA2007–05–131.

**2008–0139. Gilchrist v. Gonsor.**
Cuyahoga App. No. 88609, 2007-Ohio-3903.
MOYER, C.J., and LUNDBERG STRATTON and O'CONNOR, JJ., dissent and would accept the appeal on Proposition of Law Nos. I, II, III, and IV.

**2008–0140. Tribble v. Children's Hosp. Med. Ctr.**
Hamilton App. No. C–070058.
PFEIFER, J., dissents.

**2008–0142. State v. Norris.**
Monroe App. No. 06 MO 5, 2007-Ohio-6915.

**2008–0145. Davis v. Davis.**
Wood App. No. WD–07–076.

**2008–0146. State v. Nichols.**
Hardin App. No. 6–07–12, 2007-Ohio-6710.

**2008–0150. Cosby v. Franklin Cty. Dept. of Job & Family Servs.**
Franklin App. No. 07AP–41, 2007-Ohio-6641.
LANZINGER, J., dissents.

**2008–0151. Young v. Stelter & Brinck, Ltd.**
Hamilton App. No. C–070259, 174 Ohio App.3d 221, 2007-Ohio-6510.

**2008–0154. State v. Clark.**
Athens App. No. 07CA9, 2007-Ohio-6621.
LUNDBERG STRATTON and O'CONNOR, JJ., dissent and would accept the appeal on Proposition of Law Nos. I and II.

**2008–0155. State v. Foy.**
Stark App. No. 2006–CA–00269, 2007-Ohio-6578.